UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN,<br><br>      Petitioner,<br><br>    v.<br><br>MONTGOMERY,<br><br>      Respondent(s). | Case No. 2:21-cv-2103-CJC (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

  **IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action with prejudice.

Dated: October 20, 2021

                  _____
                  HONORABLE CORMAC J. CARNEY
                  United States District Judge